**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA                                                                                   GABRIEL REYES
FEDERAL PUBLIC DEFENDER                                              ASSISTANT FEDERAL PUBLIC DEFENDER

December 12, 2025

Hon. Stephanie A. Gallagher
United States District Court
101 West Lombard Street, Chambers 7C
Baltimore, MD 21201

Re:      *United States v. Lawrence Horner*, 1:23-cr-00455-SAG

Dear Judge Gallagher:

Lawerence Horner is scheduled to appear before the Court for a violation of supervised release hearing on Monday, December 15, 2025.  US Probation intends to recommend that the Court continue Mr. Horner's supervision.  Email from Shawayna Morel, US Probation Officer, to Gabriel Reyes, Assistant Federal Public Defender (Dec. 11, 2025, 12:39 p.m.) (on file with author).  It also intends to recommend a modified condition specifying that Mr. Horner must complete forty hours of community supervision.  *Id.*  Mr. Horner has no objection to continuing supervision or doing additional community service hours.

Mr. Horner also specifically requests that the Court defer the finding of a violation.  Mr. Horner does not dispute the conduct giving rise to a supervised release proceeding; after all he has entered a plea in state court that has resulted in a probationary term.   But as the newly amended Guidelines recognize, when a court receives "a report that the defendant is in non-compliance with a condition of supervised release, the court should conduct an individualized assessment to determine what response, if any, is appropriate."  USSG § 7C1.3(a), p.s.  Even when the Court determines that a violation exits, the Guidelines counsel "taking into consideration the grade of the violation, to determine whether to revoke supervised release," and distinguishes Grade A violations (for which revocation is "generally appropriate") from Grade B violations (for which it is only "often appropriate") and Grade C violations (for which it only "may be appropriate").   USSG § 7C1.3(b), p.s.  Mr. Horner's alleged violations are a mix of Grade B and C violations.  *See* ECF Dkt. 3.

In this case, US Probation sought the issuance of a warrant for Mr. Horner's arrest and transferred him into federal custody following a state arrest.  At his detention hearing, Mr. Horner expressed that he was homeless and in need of treatment.  Responding with great empathy, Magistrate Judge J. Mark Coulson ordered Mr. Horner into treatment.  *See* ECF Dkt. 9.

What happened next is nothing short of amazing and exactly the type of result envisioned under the revised guidelines.  At Avery Road, Mr. Horner obtained a home and became immersed in a community of supportive professionals who were able to assess his mental health and rehabilitation needs.  They also facilitated opportunities to provide him with a sense of purpose.

At Avery Road, Mr. Horner progressed so much in his treatment that he became president of a board. His progress there also allowed him to enroll at Lawrence Court, where he has earned a level three status and is a peer recovery specialist.

These programs also put Mr. Horner in contact with Tree of Hope. There, he serves as a volunteer making coffee, keeping the place clean, and talking to people who come in for treatment. *See* Letter from Fred Agak, Program Manager at Tree of Hope Association, to Gabriel Reyes, Assistant Federal Public Defender (Oct. 6, 2025) (appended hereto as Exhibit "A"). Through his efforts at Tree of Hope, moreover, Mr. Horner was able to secure a job with Montgomery County. The job entails locating homeless people and getting them off the streets. Also, Mr. Horner has obtained paid work using his core skillset in concrete and masonry. He is working a few days a week for Chelsea's Chimney based in Gaithersburg, Maryland.

As the Court will hear from Mr. Horner on Monday, he is most grateful for the opportunity that the magistrate judge gave him when referring him to treatment instead of putting him in jail. It was exactly the individualized care that Mr. Horner needed at a time when he was struggling to deal with the death of his daughter (due to an overdose). He was wracked by guilt, heading into a tailspin, and did not know where to turn.

Considering the progress Mr. Horner has made in the months since the Court ordered him into treatment, a formal violation does not seem appropriate. Alternative corrective action has worked well and put Mr. Horner on a path towards bettering himself and successfully completing his term of supervised release (which is set to expire on November 23, 2028).

For the foregoing reasons, Mr. Horner respectfully requests that this Court provide him with the opportunity to complete his supervision and defer the finding of a violation.

Respectfully,

_/s/_

Gabriel Reyes
Assistant Federal Public Defender

c.c.

Kathleen Godwin, Assistant United States Attorney
Shawayna Morel, United States Probation

**Exhibit A**

Letter from Fred Agak, Program Manager at Tree of Hope Association, to Gabriel
Reyes, Assistant Federal Public Defender (Oct. 6, 2025)



TREE OF HOPE
Putting Recovery to Work

Tree Of Hope Association
30 Courthouse Square
Suite G1
Rockville, MD 20850
240-390-6405/www.treeofhopeassn.com

October 6, 2025

Federal Public Defender's Office
Northern Division Office
100 S. Charles Street
Tower II, 9th Floor
Baltimore MD 21201

Re: Update on Lawrence Horner

Dear Gabriel Reyes,

I am writing to provide an update on Lawrence Horner. I am pleased to share that he is doing very well and continues to make positive strides in his personal growth and community involvement.

Lawrence has been actively participating in peer recovery classes, where he has shown great commitment to learning and applying new life skills. He has completed a Recovery Coach Academy class that is part of a certification to be a Peer Recovery Specialist. In addition to his educational efforts, he volunteers regularly and remains actively engaged in community functions. His dedication to giving back and staying involved reflects his sincere effort to maintain stability and contribute positively to society.

It has been encouraging to witness Lawrence's progress and the responsibility he has demonstrated. His ongoing involvement in constructive activities is a strong indication of his continued rehabilitation and commitment to positive change.

Please feel free to contact me if you require any additional information or documentation regarding his progress.

Sincerely,

Fred Agab
Program Manager/Office Manager/Peer Recovery Supervisor
Tree of Hope Association
Phone 240-390-6405 x106   Mobile 202-560-0458
Web www.treeofhopeassn.com  Email : fred@treeofhopeassn.com
30 Courthouse Square, Suite G1, Rockville, MD  20850